FILED

October 28, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )          Case No.  2:06-cr-390 EJG
            Plaintiff,           )
                                 )          ORDER FOR RELEASE
v.                               )          OF PERSON IN CUSTODY
                                 )
EN HAO LIN,                      )
                                 )
            Defendant.           )
_____

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release EN HAO LIN; Case 2:06-cr-390 EJG from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

____    Release on Personal Recognizance

____    Bail Posted in the Sum of _____

 X      Secured bond in the amount of $160,000.00 secured by real property

        of Huan Y. Xu. Agreement to forfeit property to be signed today and

        real property to be secured by November 10, 2009.

____    Appearance Bond with 10% Deposit

____    Appearance Bond secured by Real Property

____    Corporate Surety Bail Bond

 X      (Other) Pretrial conditions/supervision.


Issued at  Sacramento, CA  on 10/28/09      at  3:27pm

By _____

        Kimberly J. Mueller,
        United States Magistrate Judge