```
                    FILED
              October 28, 2009
          CLERK, US DISTRICT COURT
          EASTERN DISTRICT OF
                CALIFORNIA
                DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:06-cr-390 EJG |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| EN HAO LIN, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>EN HAO LIN</u>; Case <u>2:06-cr-390 EJG</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of _____

  _X_ Secured bond in the amount of <u>$160,000.00 secured by real property of Huan Y. Xu. Agreement to forfeit property to be signed today and real property to be secured by November 10, 2009.</u>

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond secured by Real Property

  __ Corporate Surety Bail Bond

  _X_ (Other) <u>Pretrial conditions/supervision.</u>

Issued at <u>Sacramento, CA</u> on <u>10/28/09</u> at <u>3:27 pm</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge