DAVID D. FISCHER, SBN 224900
Attorney for Defendant
DESIGNATED COUNSEL FOR SERVICE
1007 7th Street, Suite 303
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 447-8601
E-Mail:         davefischer@yahoo.com

Attorney for Defendant
EN HAO LIN

**IN THE UNITED STATES OF DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>DICKSON WING KEI HUNG,<br>JIANG HONG LIANG,<br>EN HAO LIN,<br>RUI LIU,<br><br>              Defendants. | CR.S.  No.  2:06-cr-390 EJG<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, counsel for plaintiff, and David D. Fischer, counsel for En Hao Lin, that with regard to defendant En Hao Lin only, that the requirement that Mr. Lin post a secured bond in the amount of $160,000 secured by real property of Huan Y. Xu be reduced to the amount of $125,000 secured by real property of Huan Y. Xu.  The

- 1 -

1 amount of $125,000 represents the appraised value of the property and all of the
2 available equity in the property.

Respectfully submitted,

Dated:  November 13, 2009                              /s/ David D. Fischer
                                                       DAVID D. FISCHER
                                                       Attorney for Defendant
                                                       EN HAO LIN

Dated:  November 13, 2009                              /s/ Heiko P. Coppola
                                                       HEIKO COPPOLA
                                                       Assistant United States Attorney
                                                       Counsel for Plaintiff

**IT IS SO ORDERED**

Dated:  November 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/lin0390.stipord