```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:06-0390 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER TO EXCLUDE TIME |
| JIAN HONG LIANG, et.al. | ) | |
| Defendants. | ) | |

The parties request that the status conference in this case be continued from March 5, 2010 to May 14, 2010 at 10:00 a.m. They stipulate that the time between March 5, 2010 and May 14, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, all defense counsel have been provided with approximately 1135 pages of discovery, including CD's, and DVD'S. All counsel need

additional time to prepare the matter further, review the discovery provided and continue their investigation of the matter.

Additionally, all parties stipulate that this matter is complex within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T-2, and because of the nature of the prosecution and the number of defendants, it is unreasonable to expect adequate preparation for pretrial proceedings or trial itself within the time limits established by 18 U.S.C. § 3161.  This matter was previously found complex by the U.S. Magistrate during the initial appearances of each defendant and by this Court by stipulation of the parties during the last status conference on December 11, 2009.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                              Respectfully Submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

DATE: March 3, 2010          By:   /s/ Heiko P. Coppola
                                   HEIKO P. COPPOLA
                                   Assistant U.S. Attorney


DATE: March 3, 2010                /s/ C. Emmett Mahle
                                   C. EMMETT MAHLE
                                   Attorney for Defendant Jian Hong Liang

                                   /s/ David Fischer
                                   DAVID FISCHER
                                   Attorney for Defendant En Hao Lin

```
                                    /s/ Scott Cameron
                                    SCOTT CAMERON
                                    Attorney for Defendant Rui Liu
```

**SO ORDERED.**

```
DATE: March 3, 2010               /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  Senior U.S. District Judge
```