```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 2:06-0390 EJG
                                 )
12              Plaintiff,       )
                                 )
13       v.                      )  STIPULATION AND
                                 )  ORDER TO EXCLUDE TIME
14  JIAN HONG LIANG, et.al.      )
                                 )
15                               )
                Defendants.      )
16  _____)
17
18       The parties request that the status conference in this case
19  be continued from June 25, 2010 to August 6, 2010 at 10:00 a.m.
20  They stipulate that the time between June 25, 2010 and August 6,
21  2010 should be excluded from the calculation of time under the
22  Speedy Trial Act.  The parties stipulate that the ends of justice
23  are served by the Court excluding such time, so that counsel for
24  the defendant may have reasonable time necessary for effective
25  preparation, taking into account the exercise of due diligence.
26  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically,
27  all defense counsel have been provided with approximately 1135
28  pages of discovery, including CD's, and DVD'S.  All counsel need
```

1 additional time to prepare the matter further, review the
2 discovery provided and continue their investigation of the
3 matter.
4     Additionally, all parties stipulate that this matter is
5 complex within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and
6 Local Code T-2, and because of the nature of the prosecution and
7 the number of defendants, it is unreasonable to expect adequate
8 preparation for pretrial proceedings or trial itself within the
9 time limits established by 18 U.S.C. § 3161.  This matter was
10 previously found complex by the U.S. Magistrate during the
11 initial appearances of each defendant and by this Court by
12 stipulation of the parties during the last status conference on
13 December 11, 2009.
14     The parties stipulate and agree that the interests of
15 justice served by granting this continuance outweigh the best
16 interests of the public and the defendant in a speedy trial.  18
17 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: June 23, 2010          By:   /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney


DATE: June 23, 2010                /s/ J. David Nick
                                        J. DAVID NICK
                                        Attorney for Defendant Jian
                                        Hong Liang

                                        /s/ David Fischer
                                        DAVID FISCHER
                                        Attorney for Defendant En Hao
                                        Lin

```
                                /s/ Scott Cameron
                                ─────────────────────
                                SCOTT CAMERON
                                Attorney for Defendant Rui Liu

                                **SO ORDERED.**

DATE: June 22, 2010
                                /s/ Edward J. Garcia
                                ─────────────────────
                                EDWARD J. GARCIA
                                Senior U.S. District Judge
```