DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
EN HAO LIN




**IN THE UNITED STATES OF DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EN HAO LIN,<br>Defendant. | CR.S. No. 06-390 EJG<br>**REQUEST FOR ORDER AND ORDER EXONERATING BOND**<br>Judge: Hon. Edward J. Garcia |

On or about December 1, 2009, a $125,000 appearance bond, secured by a Deed of Trust to the real Property of HUAN YI XU in Alameda County was posted on behalf of defendant EN HAO LIN. On September 16, 2011, Mr. Lin was sentenced by this Court.

Accordingly, it is now requested that the secured bond be exonerated and that the Clerk of the District Court be directed to reconvey back to the Trustor that Deed of Trust received by the Clerk on or about December 1, 2009.

DATED: September 22, 2011

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
EN HAO LIN

**ORDER**

IT IS HEREBY ORDERED that the appearance bond in the amount of $125,000 posted by HUAN YI XU secured by real property in Alameda County, California, is hereby exonerated and the Clerk shall forthwith cause a Deed of Reconveyance to be transmitted to the Trustor at the property address contained in the Deed of Trust.

Dated: 9/22/11

EDWARD J. GARCIA
U.S. DISTRICT SENIOR JUDGE