1  DAVID D. FISCHER, SBN 224900
   Attorney at Law
2  1007 7th Street, Suite 100
3  Sacramento, CA 95814
   Telephone:   (916) 447-8600
4  Fax:            (916) 930-6482
5  E-Mail:       davefischer@yahoo.com

6  Attorney for Defendant
7  EN HAO LIN



8

9           IN THE UNITED STATES OF DISTRICT COURT FOR THE

10               EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,
                                        CR.S.  No.  06-390 EJG
13                    Plaintiff,
                                        **REQUEST FOR ORDER AND ORDER**
14          v.                          **EXONERATING BOND**
15
16  EN HAO LIN,                         Judge:  Hon. Edward J. Garcia
17                    Defendant.
18

19       On or about December 1, 2009, a $125,000 appearance bond, secured by a Deed
20  of Trust to the real Property of HUAN YI XU in Alameda County was posted on behalf
21  of defendant EN HAO LIN.  On September 16, 2011, Mr. Lin was sentenced by this
    Court.
22
23       Accordingly, it is now requested that the secured bond be exonerated and that the
24  Clerk of the District Court be directed to reconvey back to the Trustor that Deed of Trust
    received by the Clerk on or about December 1, 2009.
25
26
    DATED: September 22, 2011          _____/s/ David D. Fischer_____
27                                      DAVID D. FISCHER
28                                      Attorney for Defendant
                                        EN HAO LIN

                                   - 1 -

1

**O R D E R**

2

    IT IS HEREBY ORDERED that the appearance bond in the amount of $125,000

3

posted by HUAN YI XU secured by real property in Alameda County, California, is

4

hereby exonerated and the Clerk shall forthwith cause a Deed of Reconveyance to be

5

transmitted to the Trustor at the property address contained in the Deed of Trust.

6

7

8

Dated:   **9/22/11**

                                      EDWARD J. GARCIA

9

                                      U.S. DISTRICT SENIOR JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28